Richard DelGiudice

Docket Number: 05 CR 698-12 (GBD)
P#47050 EF KI



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JUL 15 2014

*Judicial Response*

THE COURT ORDERS:

[X] Transfer of Jurisdiction **APPROVED**

[ ] Transfer of Jurisdiction **DENIED**

[ ] Other

_____
Signature of Judicial Officer

JUL 15 2014
Date

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JUL 15 2014

PROB 22
(Rev. 2/88)

| | DOCKET NUMBER (Tran. Court) |
|---|---|
| | 05CR698-12 |

## TRANSFER OF JURISDICTION

| | DOCKET NUMBER (Rec. Court) |
|---|---|

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Richard DelGiudice<br>Johnston, RI | Southern District of New York | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable George B. Daniels, U.S. District Judge | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM: 10/22/2013  TO: 10/21/2018 |

OFFENSE
Conspiracy to Distribute and Possess 1KG or More of Heroin, 21 U.S.C. Section 846

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF **New York**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF RHODE ISLAND** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

JUL 15 2014

Date                                   United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Date                                   United States District Judge